**Cody William MARBLE, Petitioner–Appellant,**

v.

**ATTORNEY GENERAL of the State OF MONTANA and Mike Ferriter, Director of the Montana Department of Corrections is an appellee, Respondents–Appellees.**

No. 10–35159.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 7, 2013.

Filed Oct. 10, 2013.

Cody William Marble, Missoula, MT, pro se.

Before: SILVERMAN, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM *

Cody William Marble appeals the district court's dismissal of his federal habeas petition as time-barred. We agree with the district court that Marble's petition was filed outside of the one-year statute of limitations period set forth in the Antiterrorism and Effective Death Penalty Act of 1996. *See* 28 U.S.C. § 2244(d).

However, it appears that the record was not adequately developed in the district court to allow a determination of whether

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Marble was eligible for equitable tolling. *See Holland v. Florida,* 560 U.S. 631, 130 S.Ct. 2549, 2562, 177 L.Ed.2d 130 (2010). Indeed, at oral argument both sides agreed that the factual basis for Marble's claim for equitable tolling had not been fully developed in the district court, and accordingly, had not been considered by the district court. Accordingly, the district court's denial of the habeas petition is **VACATED** and the appeal is **REMANDED** for consideration of Marble's claim for equitable tolling.